UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| NEELKANTH HOTELS, LLC | ) | CASE NUMBER: 20-69501-JWC |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO AMEND ORDER ALLOWING CONTINUED INTERIM USE OF CASH COLLATERAL [DOC. 77]

COMES NOW Neelkanth Hotels, LLC, and moves for an order amending this Court's *Order Allowing Continued Interim Use of Cash Collateral Through December 31, 2020* [Doc. 77] (the "Order"), to allow Debtor's continued use of Cash Collateral through January 31, 2021, and to amend the reporting requirements of said order, as set forth herein.

1. Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code on August 31, 2020 (the "Petition Date"). Since that time, Debtor has been operating its business as a Debtor in Possession.

2. U.S. Bank National Association, by and through Midland Loan Services as Special Servicer ("Midland") asserts that rents and receipts from the operation of Debtor's property at 1302 SE Green Street, Conyers, Georgia 30012

(the "Property") constitute its Cash Collateral within the meaning of 11 U.S.C. § 363(a).

3. On November 4, 2020, the Court entered the Order, granting Debtor authority to use Cash Collateral through December 31, 2020, on the terms set forth therein and subject to the budget attached as Exhibit "A" to the Order.

4. By this Motion, Debtor seeks to continue the use of Cash Collateral under the Order through January 31, 2021, pursuant to the proposed budget attached hereto as **Exhibit "A"** (the "Proposed Budget")

5. As shown in the Proposed Budget, normal operating expenses of the Property include employee wages, food supplies, franchise fees, accounting services, insurance, utilities, taxes and other expenses incidental to maintaining the Property. Such expenses are necessary to maintain and operate the Property, which is essential to the value and ongoing operating income of the Property and preservation of the bankruptcy estate.

6. In addition, Debtor requests a modification of the Order, Paragraph 6, which provides,

> "Beginning Monday, November 16, 2020, and every second Monday thereafter, Debtor shall provide Midland with a statement certified by a responsible officer for the Debtor showing the actual expenditures from

Cash Collateral for each line item of the Budget in the two calendar weeks preceding such statement and a budget variance report comparing the actual expenditures per line item to the line items set forth in the Budget."

7. Debtor seeks to modify Paragraph 6 of the Order as follows:

"On a semi-monthly basis, Debtor shall provide Midland with a statement certified by a responsible officer for the Debtor showing the actual expenditures from Cash Collateral for each line item of the Budget and a budget variance report comparing the actual expenditures per line item to the line items set forth in the Budget.  The first report each month shall include the first through fifteenth day of said month, and the second report of each month shall include the sixteenth day through the end of the month.  Said reports will be due within two business days after the last date described in the respective report."

8. The proposed amendment to Paragraph 6 is desirable because it promotes administrative efficiency and would offer more useful and logical reporting.  Under Paragraph 6 as it currently exists, reports will often be split across months, with part of the two-week period falling at the end of one month, and the

remainder of the two-week report falling within a different month with a different budget.

9. Midland's counsel has expressly authorized Debtor's counsel to state that Midland has no opposition to this Motion. Evidence of that authorization is attached hereto as **Exhibit "B"**.

WHEREFORE, Debtor requests that the Court grant this Motion, enter an order in substantially the form attached hereto as **Exhibit "C"** and for such other relief as is just and proper.

This the 11th day of December, 2020.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
JONATHAN A. AKINS
Georgia Bar No. 472453
Attorney for Debtor

SCHREEDER, WHEELER & FLINT, LLP
jchristy@swfllp.com
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-4516
Telephone: (404) 681-3450
Facsimile: (404) 681-1046

Case 20-69501-jwc    Doc 85    Filed 12/11/20    Entered 12/11/20 12:51:39    Desc Main
Document      Page 5 of 12

# **EXHIBIT "A"**

Case 20-69501-jwc    Doc 85    Filed 12/11/20    Entered 12/11/20 12:51:39    Desc Main
Document      Page 5 of 12

# **EXHIBIT "B"**

**EXHIBIT "C"**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| NEELKANTH HOTELS, LLC | ) | CASE NUMBER: 20-69501-JWC |
| | ) | |
| Debtor. | ) | |
| | ) | |

## UNOPPOSED ORDER ALLOWING CONTINUED INTERIM USE OF CASH COLLATERAL

This matter is before the Court on Debtor Neelkanth Hotels, LLC's Motion to Amend Order Allowing Continued Interim Use of Cash Collateral (the "Motion")[Doc. __]. Upon consideration of the Motion and for good cause shown, it is hereby ORDERED as follows:

1. Debtor is authorized to continue the use of Cash Collateral through and including January 31, 2021, in accordance with the budget attached as Exhibit "A"

to the Motion, subject to all of the terms and conditions of the Order Allowing Continued Interim Use of Cash Collateral by Neelkanth Hotels, LLC through December 31, 2020 [Doc. 77] (the "Order"), except as modified herein.

2.      The Order is modified such that Paragraph 6 thereof is stricken and replaced as follows:

On a semi-monthly basis, Debtor shall provide Midland with a statement certified by a responsible officer for the Debtor showing the actual expenditures from Cash Collateral for each line item of the Budget and a budget variance report comparing the actual expenditures per line item to the line items set forth in the Budget. The first report each month shall include the first through fifteenth day of said month, and the second report of each month shall include the sixteenth day through the end of the month. Said reports will be due within two business days after the last date described in the respective report.

3.      Except as modified herein, the Order remains in full force and effect.

Debtor's counsel shall serve a copy of this Order on all creditors listed in the Debtor's matrix filed in this case.

[END OF DOCUMENT]

3

Prepared and presented by:

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
Jonathan Akins 472453
Georgia Bar No.
Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
(404) 681-1046 – facsimile

4

# DISTRIBUTION LIST

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516

Thomas W. Dworschak, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

## **CERTIFICATE OF SERVICE**

I certify that I have this day caused a copy of the foregoing document to be served on all registered filers requesting notice via the Court's CM/ECF system.

This the 11th day of December, 2020.

                                             */s/ Jonathan A. Akins*
                                             JOHN A. CHRISTY
                                             Georgia Bar No. 125518
                                             JONATHAN A. AKINS
                                             Georgia Bar No. 472453
                                             Attorney for Debtor

SCHREEDER, WHEELER & FLINT, LLP
jchristy@swfllp.com
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-4516
Telephone: (404) 681-3450
Facsimile: (404) 681-1046